# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD DEAN LANSDALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-13-702-M |
| ) | |
| NOBLE POLICE DEPARTMENT; ) | |
| AARON GLASS, Noble Police Officer; ) | |
| JUSTIN DeWAYNE PYLE, Noble ) | |
| Police Officer; CLEVELAND COUNTY ) | |
| SHERIFF; and STACY SITES, ) | |
| Cleveland County Sheriff's Deputy, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 5, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended the dismissal of this action on filing. Plaintiff was advised of his right to object to the Report and Recommendation by November 25, 2013. On November 22, 2013, plaintiff filed his objections.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 15] issued by the Magistrate Judge on November 5, 2013, and

(2) DISMISSES this action as untimely.

**IT IS SO ORDERED this 3rd day of December, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE